# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**NICHOLAS BRADWELL,**
a/k/a **NICHOLOUS BRADWELL,**

    **Petitioner,**

v.                                  Case No. 4:16cv394-MW/CJK

**JULIE JONES,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus, ECF No. 5, challenging the judgment of conviction and sentence in State of Florida v. Nicholous Bradwell, Leon County Circuit Court, Case No.

1

2013-CF-140, is **DENIED**.  A Certificate of Appealability is **DENIED.**" The Clerk shall close the file.

    **SO ORDERED on June 8, 2018.**

                          **s/ MARK E. WALKER**
                          **United States District Judge**